IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02527-EWN-BNB

THUNDER MOUNTAIN CUSTOM CYCLES, INC., a Colorado corporation,

Plaintiff,

v.

JIM THIESSEN, d/b/a JIMS,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Defendant's Motion to Compel** [Doc. # 54, filed 6/4/2007].

I held a hearing on the Motion this morning and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED as follows:

(1)     The discovery requests are construed as having been made by the defendant, Jim

Thiessen d/b/a JIMS;

(2)     The plaintiff shall fully respond to the discovery requests on or before **July 10,**

**2007**; and

(3)     All objections to the discovery requests, other than objections based on the party

making the requests, are preserved and may be asserted in the responses provided on or before

July 10, 2007.

Dated June 29, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge