IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02527-EWN-BNB

THUNDER MOUNTAIN CUSTOM CYCLES, INC., a Colorado corporation,

Plaintiff,

v.

JIM THIESSEN, d/b/a JIMS,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Join Alternative Defendant** [Doc. # 74, filed 8/24/2007] (the "Motion"). The Motion is DENIED WITHOUT PREJUDICE and may be reasserted in a manner consistent with this order.

The plaintiff seeks leave to add a corporation as an "alternate defendant." Motion at p.3. The complaint in this action does not mention Thiessen Products, Inc., the purported alternate defendant. To the contrary, the plaintiff has repeatedly stated previously that the complaint was against an individual and his sole proprietorship, and not against the corporation. Although I recognize the plaintiff's right to assert alternative claims against various defendants, the existing complaint does not lend itself to such a reading. To cure this problem, the plaintiff is directed to seek leave to file an amended complaint, adding Thiessen Products, Inc., as an alternate defendant and laying out the plaintiff's claims, even if solely in the alternative, against it. The proposed amended complaint should be capable of standing alone and should assert all claims against all defendants; it should not incorporate the existing complaint by reference.

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE, as specified.

Dated August 29, 2007.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge