IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02527–EWN–BNB

THUNDER MOUNTAIN CUSTOM
CYCLES, INC., a Colorado corporation,

    Plaintiff,

v.

THIESSEN PRODUCTS, INC.,

    Defendant.

---

# **ORDER**

---

    The court has reviewed the notice of conflict filed by Plaintiff's counsel (#140). A review of the file discloses that the final pretrial order entered in this case (#128) set a two-day trial to the court to commence April 28. Counsel were advised at the pretrial conference that this was a trailing setting --- meaning the court could not reach it if the court needed to attend to matters which were older or to which the court were required by law to give precedence. This advice was repeated at the trial preparation conference on April 11.

    The court could not reach this matter on April 28 because it was required to hear a criminal matter and a motion for a preliminary injunction, to both of which it was required to give docket precedence. This case could not be reached until May 5, and it is now first on the court's docket.

Now Plaintiff's counsel has advised of a scheduling conflict on May 5.  The court regrets that it cannot accommodate this conflict.  Counsel has always been advised that the court's docket is a trailing one and that the court would reach the matter as soon as it could on the docket.  That date is May 5.  The case will go to trial on that date.  If all counsel agree, the court's schedule would permit a one-day continuance, so that the case could be tried May 6 and 7, rather than May 5 and 6.

**SO ORDERED.**

Dated this 1st day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge