IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Case No. 06–cv–02527–EWN–BNB

THUNDER MOUNTAIN CUSTOM CYCLES, INC., a Colorado corporation,

      Plaintiff,

v.

THIESSEN PRODUCTS, INC,

      Defendant.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

      It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

      DATED this 6th day of May, 2008.

                    BY THE COURT:

                    _____
                    Edward W. Nottingham
                    Chief United States District Judge

_____
Counsel for Plaintiff

                    _____
                    Counsel for Defendant