IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02527–EWN–BNB

THUNDER MOUNTAIN CUSTOM CYCLES, INC., a
Colorado corporation,

 Plaintiff,
and

THUNDER MOUNTAIN HARLEY DAVIDSON, a
Colorado Corporation,

 Counterclaim Defendant,

v.

THIESSEN PRODUCTS, INC.,

 Defendant.

---

# ORDER

---

 Plaintiff Thunder Mountain Custom Cycles, Inc. and Counter-Defendant Thunder Mountain Harley-Davidson, Inc., filed a motion and an amended motion for stay pending appeal and setting of supersedeas bond. Therefore, it is

 **ORDERED** as follows:

 1. Pending the ruling on these motions, the clerk, upon receipt of the garnishment funds of $168,622.34 and $241,307.37, paid into the court registry pursuant to the

July 23, 2008 orders, shall not disburse these funds until further order of the court.

2. The clerk shall, on August 4, 2008, deposit these moneys in an interest-bearing account in the Court Registry Investment System unless any party files an objection by August 1, 2008.

Dated this 30th day of July, 2008.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            Chief United States District Judge